Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Bobbie A

Printed: 1/15/08

Case Number: 05 B 57166
Judge: Wedoff, Eugene R
Filed: 10/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 15, 2007
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,500.00 |  |
| Secured: |  | 4,486.26 |
| Unsecured: |  | 702.95 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 399.18 |
| Other Funds: |  | 11.61 |
| Totals: | 7,500.00 | 7,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 1,900.00 | 1,900.00 |
| 2. | Americredit Financial Ser Inc | Secured | 9,216.23 | 4,486.26 |
| 3. | Capital One | Unsecured | 1,009.30 | 43.05 |
| 4. | World Financial Network Nat'l | Unsecured | 634.19 | 27.05 |
| 5. | World Financial Network Nat'l | Unsecured | 259.30 | 0.00 |
| 6. | B-Line LLC | Unsecured | 1,478.25 | 63.05 |
| 7. | Americredit Financial Ser Inc | Unsecured | 4,762.01 | 203.10 |
| 8. | Superior Air Ground | Unsecured | 832.16 | 35.49 |
| 9. | World Financial Network Nat'l | Unsecured | 791.29 | 33.75 |
| 10. | ECast Settlement Corp | Unsecured | 755.98 | 32.24 |
| 11. | Capital One | Unsecured | 1,200.28 | 51.19 |
| 12. | ECast Settlement Corp | Unsecured | 465.48 | 19.85 |
| 13. | Resurgent Capital Services | Unsecured | 4,552.81 | 194.18 |
| 14. | Allied Data Corp | Unsecured |  | No Claim Filed |
| 15. | Advocate Illinois Masonic | Unsecured |  | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 17. | American Medical Collection | Unsecured |  | No Claim Filed |
| 18. | First National Bank | Unsecured |  | No Claim Filed |
| 19. | Client Collection Services Inc | Unsecured |  | No Claim Filed |
| 20. | GEMB | Unsecured |  | No Claim Filed |
| 21. | Harris & Harris | Unsecured |  | No Claim Filed |
| 22. | Howard M Baim M D | Unsecured |  | No Claim Filed |
| 23. | MIDC-Metro Primary Care | Unsecured |  | No Claim Filed |
| 24. | IMMC Radiologists, S.C. | Unsecured |  | No Claim Filed |
| 25. | Medical Building Bureau | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Bobbie A

Printed: 1/15/08

Case Number: 05 B 57166
Judge: Wedoff, Eugene R
Filed: 10/15/05

| | | | | |
|---|---|---|---|---|
| 26. | Robert Graham | Unsecured | | No Claim Filed |
| 27. | Newport News | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 30. | Providian | Unsecured | | No Claim Filed |
| 31. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 32. | West Asset Management | Unsecured | | No Claim Filed |
| 33. | Harvard Collection Services In | Unsecured | | No Claim Filed |

$ 27,857.28          $ 7,089.21

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 288.74 |
| 5% | 75.00 |
| 4.8% | 35.44 |
| | $ 399.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

